UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

J.P. MORGAN CHASE BANK, NATIONAL ASSOCIATION,

    Plaintiff,

v.

KERMIT DELASHMENT and UNKNOWN OWNERS AND NON-RECORD CLAIMANTS,

    Defendants.

Case No. 14-cv-482-JPG-SCW

## MEMORANDUM AND ORDER

This matter comes before the Court on the Court's April 30, 2014, order for defendant Kermit Delashment to show cause on or before May 16, 2014, why the Court should not transfer this case to the United States District Court for the Northern District of Illinois for improper venue pursuant to 28 U.S.C. § 1406(a) (Doc. 5). In that order, the Court noted that Delashment removed this foreclosure action from the Circuit Court of Cook County, Illinois, pursuant to 28 U.S.C. § 1441(a), which provides that a civil action may be removed by a defendant "to the district court of the United States for the district and division embracing the place where such action is pending." However, the Southern District of Illinois does not embrace Cook County, which is squarely within the Eastern Division of the Northern District of Illinois. The Court further noted that it appeared venue in the Southern District was improper and that a transfer to the Northern District, Eastern Division, was called for by 28 U.S.C. § 1406(a). Delashment did not respond to the Court's order to show cause.

Having reviewed the entire file and for the foregoing reasons, the Court **TRANSFERS** this case to the United States District Court for the Northern District of Illinois, Eastern Division, for improper venue pursuant to 28 U.S.C. § 1406(a).

**IT IS SO ORDERED.**
**DATED: May 27, 2014**

                                        s/J. Phil Gilbert
                                        **J. PHIL GILBERT**
                                        **DISTRICT JUDGE**